

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

Leroy Thompson

                       **Plaintiff,**

V.

James Walker, Chief Medical Officer;
Kyle Werner Seeley, Doctor; Luzyiminda
Saidro, Doctor

                       **Defendant.**

Civil Action No. 16cv951-MMA(BGS)

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendants' motion for summary judgment and dismisses this action with prejudice.

Date: 2/6/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman

R. Chapman, Deputy